**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIM. NO. 3:26-CR-14-TES** |
| **v.** | : | |
| | : | |
| **DIANE MARIE POE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER GRANTING GOVERNMENT'S MOTION TO DECLARE CASE COMPLEX PURSUANT TO 18 U.S.C. § 3161(h)(7)(B), EXTEND DEADLINES IN THE STANDARD PRETRIAL ORDER, AND CONTINUE TRIAL**

Before the Court is the Government's Consent Motion to Declare Case Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B), Extend Deadlines in the Standard Pretrial Order, and Continue Trial from the current Trial Term. In its Motion, the Government represents that additional time is needed to serve the discovery material in this case due to its voluminous nature and that the case should be continued in the interim from the Court's upcoming trial term. Counsel for the Defendant consents to the Government's Motion.

Having considered the matter, the Court finds it serves the ends of justice to grant the requested extended discovery deadline to allow the Government adequate time to fulfill its discovery obligations and to allow defense counsel adequate time to review said voluminous discovery. The ends of justice served by granting the extension and the requested continuance outweigh the interests of the defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Government's Motion is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be declared complex and is continued from the current Trial Term.

Upon agreement by the parties to enter a Scheduling Order in this matter, the Court hereby amends and supplements the Standard Pretrial Order and accepts the proposed schedule submitted by the parties as set forth below:

| | |
|---|---|
| Discovery to be completed;<br>Deadline to file 404(b) notices | Friday, November 20, 2026 |
| Deadline for Government to file Notice of Expert Testimony | Monday, February 22, 2027 |
| Deadline to file Pre-Trial Motions | Monday, March 8, 2027 |
| Deadline for Defendants to file Notice of Expert Testimony | Monday, April 5, 2027 |
| Responses to all Pre-Trial Motions Due | Monday, March 29, 2027 |
| Replies in Support of Pre-Trial Motions Due | Monday, April 12, 2027 |
| Motion Hearings and Pretrial Conference | Monday, May 10, 2027 |
| Motions in Limine Due | Monday, May 24, 2027 |
| Deadline to provide notice of intent to use evidence under Fed. Rule of Evid. 902 | Monday, May 24, 2027 |
| Response to Motions in Limine Due | Monday, June 14, 2027 |
| Requests to Charge and Proposed Verdict Form Due | Friday, July 2, 2027 |
| Proposed Voir Dire Due | Friday, July 2, 2027 |
| Objections to Proposed Voir Dire Due | Monday, July 12, 2027 |
| Exhibit List and Witness List Due to the Court | Friday, July 23, 2027 |
| Trial Commences | Monday, July 26, 2027 |

The delay occasioned by this continuance shall be excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. Except as modified in this Order, the Standard Pretrial Order remains in effect.

**SO ORDERED**, this 29 day of September, 2026.

s/Tilman E. Self, III
TILMAN E. SELF, III
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA